1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARK PICOZZI,

               Plaintiff,

     v.

JEREMY BEAN, et al.,

               Defendants.

Case No.: 2:24-cv-02057-GMN-BNW

**ORDER**

(ECF No. 1)

On November 1, 2024, pro se plaintiff Mark Picozzi, an inmate in the custody of the Nevada Department of Corrections, submitted a complaint under 42 U.S.C. § 1983 and applied to proceed *in forma pauperis*. (ECF Nos. 1-1, 1). Plaintiff's application to proceed *in forma pauperis* is incomplete because **Plaintiff did not include a financial certificate or an inmate trust fund account statement for the previous six-month period with the application**. The Court will deny Plaintiff's application without prejudice and give Plaintiff the opportunity to correct these deficiencies **by February 4, 2025**.

**I.     DISCUSSION**

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). As of December 1, 2023, the fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. Loc. R. Prac. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month**

1   **period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. Loc. R. Prac. LSR 1-2. *In forma pauperis*

2   status does not relieve an inmate of his or her obligation to pay the filing fee, it just means

3   that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

4          As explained above, Plaintiff's application to proceed *in forma pauperis* is

5   incomplete. The Court will therefore deny Plaintiff's application to proceed *in forma*

6   *pauperis* without prejudice and grant Plaintiff an extension of time to either pay the filing

7   fee or file a new fully complete application to proceed *in forma pauperis* with all three

8   required documents.

9   **II.     CONCLUSION**

10          It is therefore ordered that the application to proceed *in forma pauperis* (ECF No. 1)

11   is denied without prejudice.

12          It is further ordered that Plaintiff has **until February 4, 2025**, to either pay the full

13   $405 filing fee or file a new fully complete application to proceed *in forma pauperis* with

14   all three required documents: (1) a completed application with the inmate's two signatures

15   on page 3, (2) a completed financial certificate that is signed both by the inmate and the

16   prison or jail official, and (3) a copy of the inmate's trust fund account statement for the

17   previous six-month period.

18          Plaintiff is cautioned that this action will be subject to dismissal without prejudice if

19   Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff

20   to refile the case with the Court, under a new case number, when Plaintiff can file a

21   complete application to proceed *in forma pauperis* or pay the required filing fee.

22          The Clerk of the Court is directed to send Plaintiff Mark Picozzi the approved form

23   application to proceed *in forma pauperis* for an inmate and instructions for the same and

24   retain the complaint (ECF No. 1-1) but not file it at this time.

25          DATED THIS  5th   day of December 2024.

26

27                                   _____
                                     UNITED STATES MAGISTRATE JUDGE
28

2